RECEIVED SEP 14 2019 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA

ALEX G. TSE (CABN 152348)
United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7017
Facsimile: (415) 436-7009

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of the Tax Indebtedness of FRANK O. BIAGGI. | No. CV 18 80159 MISC. KAW<br><br>NOTICE AND ORDER TO SHOW CAUSE |

You, FRANK O. BIAGGI, are hereby notified that the United States has petitioned this Court for an Order allowing the Internal Revenue Service to LEVY upon the real property located at 384 Fireweed Court, Windsor, California, (hereinafter, the "Subject Property") with the legal description of:

Parcel One:

Lot 8, as shown and designated upon the map entitled Tract No. 624, Lakewood Hills Subdivision Unit No. 5, recorded November 21, 1984 in Book 365 of Maps, pages 19 through 23, and as referred to in that certain Certificate of Correction recorded June 11, 1987, under Recorder's Serial No. 87-55582, Sonoma County Records.

Parcel Two:

A Non-Exclusive easement for ingress, egress, utilities, use and enjoyment over common area Parcels G, H, L, M, N, O, P, Q, R, S and T and common area street, Fireweed Court, Blazing Star Court, Windflower Court, Whitehorn Court, Wood Rose Court, and Spring Beauty Court, as shown and designated upon the map entitled, Lakewood Hills Subdivision Unit No. 3, recorded in Book 317 of Maps, pages 16 through 22, Sonoma Country Records, as provided for in the Declaration of Covenants, Conditions and Restrictions recorded May 28, 1982 under Recorder's Serial Number 82-28570, Sonoma County Records, and as modified by Instrument recorded October 22, 1982 under Recorder's Serial Number 82-57164,

and as modified by Instrument recorded December 6, 1983 under Recorder's Serial Number 83-81566, and as modified by Instrument recorded January 13, 1984 under Recorder's Serial Number 84-2568, and as annexed thereto by Instrument recorded June 18, 1985 under Recorder's Serial Number 85-38376, Sonoma County Records.

Parcel Three:

A Non-Exclusive easement for ingress, egress, utilities, use and enjoyment over common area Parcel "Z", as shown and designated upon the map entitled, Tract No. 624, Lakewood Hills Subdivision Unit No. 5, recorded November 21, 1984 in Book 365 of Maps, at pages 19 through 23, and as referred to in that certain Certificate of Correction recorded June 11, 1987, under Recorder's Serial No. 87-55582, Sonoma County Records, and as provided for in the Declaration of Covenants, Conditions and Restrictions recorded May 28, 1982 under Recorder's Serial Number 82-28570, Sonoma County Records, and as modified by Instrument recorded October 22, 1982 under Recorder's Serial Number 82-57164, and as modified by Instrument recorded December 6, 1983 under Recorder's Serial Number 83-81566, and as modified by Instrument recorded January 13, 1984 under Recorder's Serial Number 84-2568, and as annexed thereto by Instrument Recorded June 18, 1985 under Recorder's Serial Number 85-38376, Sonoma County Records.

A.P.N.: 161-150-008

The LEVY will allow the Internal Revenue Service to sell your interest in the Subject Property to satisfy part or all of your unpaid federal income taxes and penalties for the taxable periods ending December 31, 2006; December 31, 2008; December 31, 2009; December 31, 2010; December 31, 2011; December 31, 2012; December 31, 2013; and December 31, 2014, plus interest and penalties according to law.

The Court has examined the Petition of the United States and accompanying Declaration, and it is hereby ORDERED that you have 35 days from the date of this Order to file with the Clerk of the Court a written **OBJECTION TO PETITION**. Any written **OBJECTION TO PETITION** should demonstrate either that:

    A.     Your liability has been fully satisfied; OR

    B.     You have other assets from which the unpaid tax liabilities can be fully satisfied; OR

    C.     Applicable laws and administrative procedures relevant to the levy were not followed by the Internal Revenue Service.

//

Notice And Order To Show Cause

1        It is FURTHER ORDERED that if you file a written **OBJECTION TO PETITION** with the Clerk of the Court, then the Court will hold a hearing, at which you must appear on  12/20/18  [date] at  1:30 p.m.  , [time] at the  Courtroom 4, 1301 Clay St., Oakland, CA  [district court location] in the courtroom of the undersigned, to consider your objections. The United States shall be able to file a written response to your **OBJECTION TO PETITION** at least fourteen (14) days before the above hearing date.

       It is FURTHER ORDERED that, in addition to filing your **OBJECTION TO PETITION** with the Clerk of the Court, you must also mail a copy of your **OBJECTION TO PETITION** to the attorney for the United States, Thomas Moore, Assistant United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102, on or before the filing date.

       If you do not file an OBJECTION TO PETITION within 35 days of the date of this order, or if you file an OBJECTION TO PETITION but fail to appear before the Court as instructed, the Court will enter an ORDER APPROVING AN INTERNAL REVENUE SERVICE LEVY ON THE REAL PROPERTY LOCATED AT 384 Fireweed Court, Windsor, California.

       It is FURTHER ORDERED that a copy of this NOTICE AND ORDER TO SHOW CAUSE, together with the Petition and Declaration, shall be served upon Frank O. Biaggi within fourteen (14) days of the date of this Order, by the United States Marshal or any deputy United States Marshal, any Revenue Officer of the Internal Revenue Service, or an individual authorized to serve process under the federal rules, by delivering a copy in hand to FRANK O. BIAGGI or by leaving a copy at Frank O. Biaggi's dwelling or usual place of abode with a person of suitable age and discretion residing therein, or by some other manner of service described in Rule 4(e)(1) of the Federal Rules of Civil Procedure.

Dated:  10/24/18

*/s/ Kandis Westmore*
UNITED STATES DISTRICT JUDGE
[or UNITED STATES MAGISTRATE JUDGE]